Argued August 24, affirmed August 24, 1973

DALE MICHAEL MOTKO, *Appellant, v.*
MITCHELL (No. 383486), *Respondent.*
513 P2d 176

*Charlie Harris,* Legal Aid Service—Multnomah Bar Association, Inc., Portland, argued the cause and filed the brief for appellant.

*William R. Canessa,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.